IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JUDY WILBANKS                                                      PLAINTIFF

VS.                                                    CIVIL ACTION NO. 3:04CV645S

JAMES HOLMAN, *ET AL.*                                    DEFENDANTS

**ORDER**

This matter came before the court on the Plaintiff's Motion to Add, by which she seeks to add certain Defendants to this matter. The basis for her suit is to add CMCF employees who were directly responsible for Wilbanks's custody or medical care. The court has reviewed the Motion and is of the opinion that it should be granted, and process will be issued for these two employees.

Also before the court is the Plaintiff's Motion for Extension of Time, by which she seeks to delay the trial of this matter until after the re-trial of her criminal case, which is scheduled for February 6, 2007. The Plaintiff seeks an extension of one year. The court cannot grant such a lengthy extension, in light of the age of this case.

IT IS, THEREFORE, ORDERED that the Plaintiff's Motion to Add is hereby granted. The Clerk is directed to issue process to Lt. Chandra Berryman and Yvonne Barton, to be served on them by the United States Marshal at the Central Mississippi Correctional Facility, Pearl, Mississippi.

IT IS FURTHER ORDERED that the Plaintiff's Motion for Extension of Time is hereby **granted** in part and **denied** in part, as follows:

1. This case is set for trial before United States Magistrate Judge James C. Sumner at the **JAMES O. EASTLAND COURTHOUSE, 245 E. CAPITOL STREET, FIFTH FLOOR, COURTROOM NO. 4, JACKSON, MISSISSIPPI**, on April 25, 2007, at 9:00 a.m.

2.	The Clerk of the Court is directed to issue a writ of habeas corpus *ad testificandum* for Judy Wilbanks, as well as Jasmine Nevels, Angela Roy, and Betty Payton, to secure their attendance on the date and time set forth above.

IT IS SO ORDERED, this the 2nd day of February, 2007.

                                    S/Linda R. Anderson
                              UNITED STATES MAGISTRATE JUDGE